JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSE DUARTE, | No. CV 15-9251-CAS (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| RAYMOND MADDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is dismissed with prejudice.

DATED: June 20, 2016

/s/ Christina A. Snyder
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE